UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO.  15-cv-61523-WJZ

INDIRA S. DUPOTEY-RUBI,

    Plaintiff,

v.

PENN CREDIT CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Indira S. Dupotey-Rubi and Defendant Penn Credit Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby dismiss this action, with prejudice, with each party to bear their respective attorneys' fees and costs. The parties request the Court retain jurisdiction to enforce their settlement agreement.

Dated:  June 30, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Ernesto M. Rubi* | */s/ Charles J. McHale* |
| Ernesto M. Rubi | Charles J. McHale |
| Florida Bar No. 92014 | Florida Bar No 0026555 |
| CAREY RODRIGUEZ | GOLDEN SCAZ GAGAIN, PLLC |
| MILIAN GONYA, LLP | 201 North Armenia Avenue |
| 1395 Brickell Avenue, Suite 700 | Tampa, FL 33609 |
| Miami, Florida 33131 | Telephone: (813) 251-5500 |
| Telephone:  (305) 372-7474 | Facsimile: (813) 251-3675 |
| Facsimile:  (305) 372-7475 | Email: cmchale@gsgfirm.com |
| Email:  erubi@careyrodriguez.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |